<u>NOT FOR PUBLICATION</u>

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

**WILSON CAMPBELL,**

        **Plaintiff,**

        v.

**SUPREME COURT OF NEW JERSEY, JUDGE MAURICE GALLIPOLI, et al.,**

        **Defendants.**

Civil Action No. 11-555 (ES)

**ORDER**

**SALAS, DISTRICT JUDGE**

    This matter comes before the Court on Defendant Assignment Judge Maurice Gallipoli's motion for summary judgment. (D.E. No. 87). For the reasons set forth in the Court's accompanying Opinion;

    IT IS on this 22nd day of December 2014,

    ORDERED that Defendant's motion for summary judgment, (D.E. No. 87), as to the remaining counts of Plaintiff Wilson Campbell's Complaint, (D.E. No. 1), is hereby GRANTED; and it is further

    ORDERED that the Clerk of Court shall terminate Defendant's summary judgment motion in accordance with this Order; and it is further

    ORDERED that the Clerk of the Court shall hereby close this matter.

                                            */s/Esther Salas*
                                            **Esther Salas, U.S.D.J.**